# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158931

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

        SC: 158931
        COA: 339802
        Wayne CC: 16-008446-FC

LAWRENCE ISSAC McCREE,
      Defendant-Appellee.

_____/

By order of April 2, 2019, the application for leave to appeal the December 13, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

s1118